IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED

JUL 3 0 2020

TIMOTHY M. O'BRIEN CLERK
By_____ Deputy

Consuelo E. Kelly-Leppert )

Plaintiff )

v. )

Monsanto Co./Bayer Corp. )

Defendants )

Case No. 20-2121

## MOTION FOR DEFAULT FOR FAILURE TO RESPOND SUMMONS

Pursuant to Federal Rule of Civil Procedure 55(a), Consuelo E. Kelly-Leppert, plaintiff, requests that the Clerk of Court enter default against defendant Monsanto Company/Bayer Corp. The return date for this matter was extended to July 30, 2020. As of the date of filing this motion, the defendant has not filed an answer with this Court.

_____

Consuelo E. Kelly-Leppert

10257 Switzer, Overland Park, Ks. 66212

Today's date: 7/30/2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

CASE NO. 20-2121

Consuelo E. Kelly-Leppert

Plaintiff

V

Monsanto Co./Bayer Corp.

Defendants

## DEFAULT JUDGEMENT

The defendants, Monsanto Co./Bayer Corp. having failed to answer summons and default having been entered on July 30, 2020 and plaintiff having requested judgement against the defaulted defendants and having filled a proper motion and affidavit in accordance with FRCP 55(a) and (b). Judgement is hereby entered in favor of plaintiff Consuelo E. Kelly-Leppert and against defendants as follows:

$130M for the pain and suffering which resulted in an open heart surgery and diverticulitis, loss of companionship, loss of father and grandfather, loss of business caused by glyphosate, in the forms of agent orange and round up, which caused several cancers for Michael J. Kelly.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

CASE NO. 20-2121

Consuelo E. Kelly-Leppert

Plaintiff

V

Monsanto Co./Bayer Corp

Defendants

### ENTRY OF DEFAULT

Plaintiff, Consuelo E. Kelly-Leppert, requests that the Clerk of the Court enter default against defendants, Monsanto Co./Bayer Corp. pursuant to FRCP 55(a), it appearing from the record that defendants have failed to answer the default of summons is hereby entered pursuant to FRCP 55(a).

Consuelo E. Kelly-Leppert

Plaintiff

10257 Switzer, Overland Park, Ks. 66212

---

Clerk of the Court

In the United States District Court

For the District of Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2020 the foregoing was submitted by prepaid first class mail to Patrick Fanning of Peak Litigation 4900 Main St. Ste. 160 Kansas City, Mo. 64112.

*/s/ Consuelo E. Kelly-Leppert*

Consuelo E. Kelly-Leppert

10257 Switzer

Overland Park, Ks 66323