### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CONSUELO E. KELLY-LEPPERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No: 20-cv-2121-KHV-TJJ |
| | ) |
| MONSANTO/BAYER CORP., | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 24, 2020, the undersigned Magistrate Judge conducted a telephone status conference with the parties. Plaintiff Consuelo Kelly-Lepper appeared *pro se*. Defendant appeared through counsel, Patrick Fanning and Eric G. Lasker.

After hearing from Plaintiff and defense counsel, the undersigned Magistrate Judge made the following rulings:

1. Plaintiff's motion to amend her complaint (ECF No. 39) is **denied without prejudice** for failure to comply with the local rule, D. Kan. Rule 15.1(a)(2), which requires that the proposed amended complaint be attached to the motion seeking leave to file the amended complaint. The court discussed with Plaintiff the need to comply with the requirements of the local rules if she decides to file another motion.

2. All discovery, pretrial proceedings, and Fed. R. Civ. P. 26(a) requirements, including Rule 26(a)(1) initial disclosures, are stayed until the District Judge rules on Defendant's pending motion to dismiss (ECF No. 23), except for any filing of, and briefing related to, a motion for leave to file an amended complaint, and any motions and briefing related to the pending motion to dismiss.

3. If Defendant's motion to dismiss is denied or any of Plaintiff's claims remain in the case after a ruling on the motion to dismiss, counsel for Defendant shall, **within ten (10) days** of the ruling on Defendant's motion to dismiss, email the chambers of the undersigned Magistrate judge to schedule a telephone status or scheduling conference.

**IT IS SO ORDERED.**

Dated September 24, 2020, at Kansas City, Kansas.

_Teresa J. James_
Teresa J. James
U. S. Magistrate Judge

2